CURTIS B. SOK, CA Bar #202052
THE LAW OFFICES OF CURTIS B SOK
452 N. BLACKSTONE AVE.
FRESNO, CA 93701
Telephone: (559) 475-0239
Fax: (559) 268-6510

Attorneys for Defendant
OMMAR O. BRIBIESCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMMAR O. BRIBIESCA,<br><br>Defendant. | Case No. 1:14-mj-00214-SAB<br><br>**ORDER RELEASING TRAVEL DOCUMENT** |

On December 12, 2014, Defendant Ommar Bribiesca surrendered a travel document, specifically, U.S. Passport No. 136026207, to the Clerk of Court pursuant to the Court's Order Setting Conditions of Release. On January 29, 2015, Mr. Ommar pled guilty to Count One of the Complaint and was sentenced by this Court. Accordingly, because the matter has now been resolved, the Clerk of Court is directed to return the travel document to Mr. Ommar.

IT IS SO ORDERED.

Dated:   **February 2, 2015**

_____
UNITED STATES MAGISTRATE JUDGE