# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMMAR BRIBIESCA,<br><br>　　　　Defendant. | Case No. 1:14-mj-000214-SAB-1<br><br>ORDER VACAING NOVEMBER 5, 2015 HEARING AND REQUIRING DEFENDANT TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED FOR FAILURE TO FILE STATUS REPORT IN COMPLIANCE WITH COURT'S ORDER |

　　　　Defendant entered a plea in this action and was sentenced on January 29, 2015, to twelve months of unsupervised probation; 25 hours of community service to be completed by June 29, 2015, a fine of $1,010.00 to be paid by month payments of $100.00.  Defendant was ordered to appear for a review hearing on November 5, 2015, and to provide a status report on the conditions of his unsupervised probation two weeks prior to the review hearing.  The time for Defendant to file his status report has passed and no status report has been filed in compliance with the Court's order.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The probation review hearing set for November 5, 2015 is VACATED;

　　　　2.　　**Within five (5) days from the date of service of this order**, Defendant shall show cause in writing why his probation should not be revoked for failure to

1

comply with the Court's order;

3. Defendant shall appear for a show cause hearing **on November 19, 2015 at 10:00 a.m. in Courtroom 9**;

4. **On or before November 13, 2015,** the Defendant shall file his status report, the form of which can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB) in the area entitled "Misdemeanor/CVB" "Standard Forms" and then "Defendant's Probation Review Status Report"; and

5. Failure to comply with this order will result in Defendant's probation being revoked.

IT IS SO ORDERED.

Dated:   **October 30, 2015**

UNITED STATES MAGISTRATE JUDGE